**Order entered June 20, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00476-CV

### IN THE GUARDIANSHIP OF E.F.L., AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-1586-2**

## ORDER

We **GRANT** the June 17, 2014 motion of Joie Rivera, Official Court Reporter for Probate Court No. 2 of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record was filed on June 19, 2014.

/s/    ADA BROWN
        JUSTICE